# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROY TRAYLOR | § § | |
| v. | § § | CIVIL ACTION NO. 3:19-CV-0576-S-BH |
| SHANNON SPIVEY and ERIC CONDE | § § | |

## ORDER ACCEPTING FINDINGS AND RECOMMEDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court finds that the Findings and Conclusions of the Magistrate Judge are correct and accepts them as the Findings and Conclusions of the Court.

Accordingly, the Court grants Defendant Shannon Spivey's Motion for Summary Judgment Based upon Qualified Immunity, filed June 28, 2019 [ECF No. 18].

**SO ORDERED.**

SIGNED March 26, 2020.

KAREN GREN SCHOLER
**UNITED STATES DISTRICT JUDGE**